UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-60250-CR-FAM

UNITED STATES OF AMERICA,         *

    Plaintiff,                    *

vs.                               *

DOMINGO GARCIA,                   *

    Defendant.                    *

FILED by _____ D.C.
AUG 2 0 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.

GRANTING

## ORDER ON MOTION TO SEAL

THIS CAUSE having come on for consideration upon Motion to Seal Defense Sentencing Memorandum and Brief in Support of Sentencing Mitigation and hearing on same.

IT IS HEREBY ordered that the Defense Sentencing Memorandum and Brief in Support of Sentencing Mitigation be SEALED. Said motion shall be SEALED until further order of this Court.

DONE and ORDERED this _____ day of August, 2003.

_____
FEDERICO A. MORENO
United States District Judge

Conformed copy to:

Nathan P. Diamond, Esquire
Jonathan Loo, AUSA